Case No. 12-5822

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

JOSEPH WEBSTER

    Petitioner - Appellant

v.

CHERRY LINDAMOOD, Warden

    Respondent – Appellee

    Upon sua sponte consideration,

    It is **ORDERED** that the mandate issued on April 22, 2013 is hereby **RECALLED** pending a ruling on the appellant's petition for rehearing en banc.

                                       **ENTERED PURSUANT TO RULE 45(a),**
                                       **RULES OF THE SIXTH CIRCUIT**
                                       Deborah S. Hunt, Clerk

Issued: April 22, 2013

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 22, 2013

Mr. Michael March Brownlee
Law Office
400 N. New York Avenue
Suite 215
Winter Park, FL 32789

Mr. Andrew H. Smith
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202

Re: Case No. 12-5822, *Joseph Webster v. Cherry Lindamood*
Originating Case No. : 3:11-cv-00162

Dear Sir,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Louise Schwarber
Case Manager
Direct Dial No. 513-564-7015

cc: Mr. Keith Throckmorton

Enclosure