# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 09, 2013

Mr. Keith Throckmorton
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re:   Case No. 12-5822, *Joseph Webster v. Cherry Lindamood*
      Originating Case No. : 3:11-cv-00162

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                                    Sincerely yours,

                                    s/Louise Schwarber
                                    Case Manager
                                    Direct Dial No. 513-564-7015

cc:  Mr. Michael March Brownlee
     Mr. Andrew H. Smith
     Mr. Joseph Webster

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 12-5822
_____

Filed: August 09, 2013

JOSEPH WEBSTER

    Petitioner - Appellant

v.

CHERRY LINDAMOOD, Warden

    Respondent - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 04/05/2013 the mandate for this case hereby issues today.

COSTS:  None